

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00155-CV

**JETALL COMPANIES, INC.,**

**Appellant**

 **v.**

**JPG WACO HERITAGE, LLC,**

**Appellee**

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2019-4557-3

## MEMORANDUM OPINION

Appellant, Jetall Companies, Inc., filed its notice of appeal on May 24, 2023. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated June 23, 2023, the Clerk of this Court notified appellant that the docketing statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, we dismiss this appeal.  *See id.* at R. 32.1, 43.2(c); *see also Hensley v. W.M. Specialty Mortgage, LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at **1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Appeal dismissed
Opinion delivered and filed July 26, 2023
[CV06]

